JOSEPHINE JONES, as Administratrix of the Estate of JAMES WRIGHT, Deceased, Respondent, v. 416 PLEASANT AVENUE HOLDING CORP., Appellant.— Orders unanimously reversed, with $20 costs and disbursements to the appellant, and the motions denied. The amendments, examination and discovery sought are belated and no sufficient reason is shown for their necessity or propriety at this time. The amendment of the *ad damnum* clause is wholly unjustified. Present — Peck, P. J., Glennon, Dore, Van Voorhis and Bergan, JJ. [See *post*, p. 1029.]

## (April 28, 1953.)

GOOD NEIGHBOR FEDERATION, Respondent, v. PATHE INDUSTRIES, INC., Appellant, and MACARTHUR CONCRETE PILE CORPORATION, Respondent, and DIESEL ELECTRIC COMPANY, INC., Appellant-Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Dore, Cohn, Callahan and Van Voorhis, JJ. [202 Misc. 951.]

DALZELL TOWING COMPANY, INC., et al., Respondents, v. UNITED MARINE DIVISION, I. L. A., LOCAL 333, A. F. of L., et al., Appellants.—Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ.

LAWRENCE IANNOTTI, Appellant, v. HALSWAY REALTY CORP., Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ. [See 282 App. Div. 667.]

ALFRED KAHN, Appellant, v. ARTHUR GRAEF, Individually and Doing Business as A & E TRUCKING COMPANY, et al., Respondents, et al., Defendants. (Action No. 1.) ARTHUR B. GRAEF, Doing Business as A & E TRUCKING COMPANY, Appellant, v. ALFRED KAHN et al., Respondents. (Action No. 2.) — Judgment, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ. [See 282 App. Div. 758.]

CARMINA SANTANA et al., Appellants, v. NATIONAL TRANSPORTATION CO., INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NICHOLAS CASTLEGRANDE, Appellant.— Judgment unanimously affirmed. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ.

CRAWFORD CLOTHES, INC., et al., Appellants, v. KAUFMAN-8TH AVE. CORPORATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Peck, P. J., Glennon, Cohn, Callahan and Bergan, JJ. [201 Misc. 1026.] [See 282 App. Div. 668.]